FERNANDA MISANI, PLAINTIFF CROSS-PETITIONER, v. ORTHO PHARMACEUTICAL CORP., *ET AL.*, DEFEND-ANTS-PETITIONERS.

On petitions for certification to Superior Court, Appellate Division.

See same case below: 83 *N. J. Super.* 1.

*Messrs. Pitney, Hardin & Kipp* and *Mr. Stanley C. Smoyer* for the petitioners.

*Miss Fernanda Misani, in propria persona.*

September 14, 1964.

HENRY CLAY, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. CITY OF JERSEY CITY, DEFENDANT-PETITIONER.

On petition for certification to Superior Court, Appellate Division.

*Mr. Meyer Pesin* and *Mr. Joseph G. Mintz* for the petitioner.

*Messrs. Hellring, Lindeman & Landau, Messrs. Ehrenkranz & Lieberman* and *Mr. Norman Bruck* for the respondents.